474 A.2d 695

Fernandes, Appellant, v. Warminster Municipal Authority.

Petition for Allowance of Appeal Denied Aug. 28, 1984.

Argued December 7, 1983. Donald Fernandes, appellant, in propria persona; William H. Casey, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment affirmed.